UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Mary Souther<br><br>             Plaintiff,<br>v.<br><br>New Hampshire Department of Revenue Administration<br><br>             Defendant. | Case No.:   07-CV-0053-PB<br>JURY TRIAL DEMANDED |

## MOTION TO AMEND COMPLAINT

NOW COMES plaintiff Mary Souther, through counsel Ransmeier & Spellman, Professional Corporation, and moves to amend her Complaint, and says as follows:

1. Ms. Souther filed a timely Complaint with this Court to commence her suit against the State of New Hampshire Department of Revenue.

2. Ms. Souther's Complaint did not include a request for reinstatement to her position in her prayers for relief.

3. Reinstatement is proper relief under the A.D.A. and a remedy which Ms. Souther is entitled to seek against the State.

4. Accordingly, Ms. Souther requests that this Court, pursuant to F.R.C.P. 15(a), allow her to amend her Complaint to include a prayer for reinstatement.

5. There is no prejudice to either party or to the Court in allowing Ms. Souther to amend her Complaint.

WHEREFORE, Ms. Souther respectfully requests that this Court:

A. Allow her to amend her Complaint to include a prayer for reinstatement.

B.	Order such further relief as is proper and just.

>Respectfully submitted,
>
>MARY SOUTHER
>
>By Her Attorneys,
>RANSMEIER & SPELLMAN
>PROFESSIONAL CORPORATION

Dated:  May 8, 2007	By:	/s/ Marie M. McPartlin
			Marie M. McPartlin (NHBA #14581)
			One Capitol Street,
			P.O. Box 600
			Concord, NH  03302-0600
			Tel. (603) 228-0477

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been forwarded this day via ECF to Nancy Smith, Esquire.

>/s/  Marie M. McPartlin_____
>Marie M. McPartlin

## RULE 7.1(c) CERTIFICATE

I, Marie M. McPartlin, certify that Nancy Smith, counsel for the D.R.A. does not assent to the relief sought herein.

>/s/  Marie M. McPartlin_____
>Marie M. McPartlin

357824